RECEIVED
FEB 17 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| AUDRENNE CAESAR, ET AL | CIVIL ACTION NO. 2:16-00022 |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| DREW FONTENOT, ET AL | MAG. JUDGE KAY |

## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion to dismiss (R. #8) is hereby **GRANTED** dismissing with prejudice the following claims: : plaintiffs' claims of punitive damages under both state and federal law; plaintiffs' § 1983 claims against the CPSB based on vicarious liability; plaintiffs' official capacity claims against defendants, Tisha Wittington, Drew Fontenot, Michael Oakley, Robert Pete and Karl Bruchhaus, plaintiffs' First Amendment and due process claims pursuant to the Fourteenth Amendment and Article 1, Section 2 of the Louisiana Constitution of 1974, and plaintiffs' Fourth and Eighth Amendment claims against defendants, Tisha Wittington, Michael Oakley, Robert Pete and Karl Bruchhaus.

**THUS DONE AND SIGNED** in chambers on this 17th day of February, 2016.

JUDGE JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE