UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| AUDRENNE CAESAR, LEONARD CAESAR, INDIVIDUALLY AND AS NATURAL TUTOR OF THEIR MINOR DAUGHTER, MICHON TERRI' CAESAR | : CIVIL ACTION NO.: 2:16-cv-00022 :  : : JUDGE: JAMES T. TRIMBLE, JR. |
| VS. | : : : MAGISTRATE JUDGE: KATHLEEN KAY |
| DREW FONTENOT, TISHA WITTINGTON, MICHAEL OAKLEY, ROBERT PETE, KARL BRUCHHAUS, AND CALCASIEU PARISH SCHOOL BOARD | : : : : : |
| FILED ON:_____ | : |

## **JUDICIAL CONFESSION**

NOW INTO COURT through undersigned counsel comes CALCASIEU PARISH SCHOOL BOARD which, pursuant to Louisiana Civil Code article 1853, judicially confesses the following:

I.

The Calcasieu Parish School Board judicially confesses that Drew Fontenot, Tisha Wittington, Michael Oakley, Robert Pete, and Karl Bruchhaus acted in the course and scope of their employment with the Calcasieu Parish School Board at all times relevant to the allegations contained in the complaint filed by and on behalf of Michon Ceasar.

WHEREFORE, premises considered, CALCASIEU PARISH SCHOOL BOARD judicially confesses the facts contained herein.

1

Lake Charles, Louisiana, this 12th day of January, 2017.

>Respectfully submitted,
>PLAUCHÉ, SMITH & NIESET, L.L.C.
>
>By: /s/ *Michael J. Williamson*
>    MICHAEL J. WILLIAMSON
>    LA Bar No. 31004
>    1123 Pithon Street
>    P.O. Drawer 1705
>    Lake Charles, LA  70602
>    Telephone:  (337) 436-0522
>    Facsimile:  (337) 436-9637
>    E-Mail:  mwilliamson@psnlaw.com
>    Attorney for Defendants,
>    DREW FONTENOT, TISHA WITTINGTON,
>    MICHAEL OAKLEY, ROBERT PETE, KARL
>    BRUCHHAUS, and CALCASIEU PARISH
>    SCHOOL BOARD

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 12, 2017, a copy of the foregoing Judicial Confession was filed electronically with the Clerk of Court through the CM/ECF system. Notice of this filing will be forwarded to all counsel of record by operation of the court's electronic filing system.

>BY: /s/ *Michael J. Williamson*
>    MICHAEL J. WILLIAMSON